In re MOTO BLOC IMPORT CO.

Appeal of GILBERT.

(Supreme Court, Appellate Division, First Department. November 4, 1910.)

Appeal from Special Term, New York County.

Application of the Moto Bloc Import Company to examine Lee B. Bennett and Joseph M. Gilbert, expected parties to an action about to be brought. From an order denying the motion of Joseph M. Gilbert to vacate an order for his examination, he appeals. Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Edward W. S. Johnston (Sidney S. Meyers, on the brief), for appellant.
Harry D. Nims, for respondent.

PER CURIAM. The material facts upon which this appeal depends are the same as those considered in the appeal of Bennett, argued and decided herewith, and therefore, on the authority of the opinion rendered on that appeal (125 N. Y. Supp. 427), the order from which this appeal is taken is reversed, with $10 costs and disbursements, and motion granted, with $10 costs.